RICHARD VOM LEHN, JR., Respondent, v. BROOKLYN TERMINAL GARAGE AND

MACHINE COMPANY, Defendant, and GARFORD MOTOR TRUCK COMPANY, INC., Appellant.— Order granting plaintiff's motion for partial summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.